UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANTHONY HALL,

                Plaintiff,                **STIPULATION OF**
v.                                                     **DISCONTINUANCE**

THE CITY OF ROCHESTER, a municipal entity, ADAM
GORMAN, NICHOLAS ADAMS, JOHN DOES NOS. 1-10,      Case No. 22-CV-6452

                    Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record on behalf of all the parties to the above entitled action, pursuant to the Federal Rules of Civil Procedure Rule §41(a)(ii) that the above entitled action be and the same hereby is dismissed, with prejudice and on the merits without costs to either party as against the other. This stipulation may be filed with the Court by the City of Rochester without further notice.

Dated:   June 18  , 2024

_Elliot Shields_                                 s/PN

ROTH & ROTH, LLP                     Patrick Beath, Corporation Counsel
Elliot Shields, Esq.                        by: Patrick B. Naylon, Esq., Of Counsel
*Attorneys for Plaintiff*                   *Attorneys for City Defendants*
192 Lexington Avenue, Suite 802     30 Church Street, Room 400A
New York, NY  10016                Rochester, New York 14614