UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANTHONY HALL,

                              Plaintiff,                     **STIPULATION OF**

    v.                                                                 **DISCONTINUANCE**

THE CITY OF ROCHESTER, a municipal entity, ADAM
GORMAN, NICHOLAS ADAMS, JOHN DOES NOS. 1-10,       Case No. 22-CV-6452

                            Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record on behalf of all the parties to the above entitled action, pursuant to the Federal Rules of Civil Procedure Rule §41(a)(ii) that the above entitled action be and the same hereby is dismissed, with prejudice and on the merits without costs to either party as against the other. This stipulation may be filed with the Court by the City of Rochester without further notice.

Dated: June 18, 2024

*Elliot Shields*
_____
ROTH & ROTH, LLP
Elliot Shields, Esq.
*Attorneys for Plaintiff*
192 Lexington Avenue, Suite 802
New York, NY 10016

s/PN
_____
Patrick Beath, Corporation Counsel
by: Patrick B. Naylon, Esq., Of Counsel
*Attorneys for City Defendants*
30 Church Street, Room 400A
Rochester, New York 14614

SO ORDERED THIS 20th DAY OF Jun, 2024

HON. FRANK P. GERACI, JR.
Chief U.S. District Judge